UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR., | No. 2:13-cv-1539 LKK AC P |
| Plaintiff, | |
| v. | ORDER |
| JAN SCULLY, et al., | |
| Defendants. | |

On September 16, 2013, the Magistrate Judge filed an order wherein, inter alia, plaintiff's motion for greater jail law library access and unlimited copies was denied. ECF No. 10. On October 24, 2013, plaintiff filed a request for reconsideration of that portion of the order.[1]  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties."  Id.  Plaintiff's request for reconsideration of the magistrate judge's order filed on September 16, 2013 is therefore untimely.

////

////

---

[1] By application of the so-called mailbox rule, plaintiff's request is deemed filed October 24, 2013, although it was received by the court until November 12, 2013 (ECF No. 14).  See Houston v. Lack, 487 U.S. 266, 275-76 (1988) (pro se prisoner filing is dated from the date prisoner delivers it to prison authorities); see also Douglas v. Noelle, 567 F.3d 1103, 1109 (9th Cir. 2009), holding that "the Houston mailbox rule applies to § 1983 complaints filed by *pro se* prisoners").

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 24, 2013 request for reconsideration (ECF No. 14) is denied.

DATED: December 4, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2